**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7578

JOSEPH GRAYSON WARD,

Plaintiff - Appellant,

versus

BEAUFORT COUNTY DETENTION CENTER; SILENT
KNIGHT COMPANY; COASTAL EMPIRE FIRE AND
SECURITY, INCORPORATED; TONY BUSH, Jail
Doctor; MARK FITZGIBBONS, Jail Administrator,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge. (CA-04-792)

Submitted: December 15, 2005      Decided: December 22, 2005

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joseph Grayson Ward, Appellant Pro Se. Marshall Hodges Waldron,
Jr., LAW OFFICE OF DUFFIE STONE, LLC, Bluffton, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Grayson Ward seeks to appeal the district court's order accepting in part the recommendation of the magistrate judge and granting partial summary judgment on his complaint filed pursuant to 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Ward seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED